UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TROY KEITH GUIDERA                                    CIVIL ACTION

VERSUS                                                NO.  15-6512

ROBERT C. TANNER, WARDEN                              SECTION "F"(4)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Troy Keith Guidera's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this  24th  day of       August      , 2016.

_____
UNITED STATES DISTRICT JUDGE